# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AZUKA IWUCHUKWU, <br><br> Plaintiff, <br> v. <br><br> ARCHDIOCESE FOR THE MILITARY SERVICES, *et al.* <br><br> Defendants. | Case No.: 1:21-cv-01980-RDM |

## MOTION OF DEFENDANTS, ARCHDIOCESE FOR THE MILITARY SERVICES, USA AND ARCHBISHOP TIMOTHY P. BROGLIO TO DISMISS COMPLAINT PURSUANT TO RULE 12(B)(1) AND RULE 12(B)(6)

Defendants the Archdiocese for the Military Services, USA ( "Archdiocese") and Timothy P. Broglio ("Archbishop"), by and through their counsel, Stradley Ronon Stevens & Young, LLP, hereby submit this Motion to Dismiss Plaintiff's Complaint as to the Archdiocese and Archbishop Pursuant to Federal Rules of Civil Procedure Rules 12(b)(1) and 12(b)(6). In support of this Motion, the Archdiocese and Archbishop incorporate the accompanying Memorandum of Points and Authorities. A proposed Order is attached.

Dated: October 1, 2021

Respectfully submitted,

*/s/ Mark E. Chopko*
Mark E. Chopko, Esq. (DC 410353)
Walter J. Buzzetta, Esq. (DC 499116)
STRADLEY RONON STEVENS & YOUNG, LLP
2000 K Street, N.W., Suite 700
Washington, DC 20006
(202) 507-6407
(202) 822-0140 (fax)
mchopko@stradley.com
wbuzzetta@stradley.com
*Counsel for Defendants, Archdiocese for the Military Services and Timothy Broglio*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, I caused Defendants Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(1) and Rule 12(b)(6) with supporting documents to be electronically filed with the Clerk of the Court, which caused it to be served on all counsel of record.

*/s/ Walter Buzzetta*
Walter Buzzetta